## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANA R. BETANCOURT-RUIZ
    Plaintiff
              v.                      Civil No. 04-1782(SEC)
TOYOTA MOTORS CORPORATION, et al.
    Defendants

### O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 46**<br>**Motion to Strike Defendants' Expert Witness** | **DENIED**. First, Plaintiff has failed to comply with Local Rule 26(b) which requires that before presenting a discovery dispute to the Court, the party certify that it has made "a reasonable and good faith effort to reach an agreement" with the opposing party. Second, it appears as though Defendants did comply with the Court's order by furnishing their expert disclosures on November 30, 2005. See Docket # 48. Accordingly, Plaintiff's motion to strike is **DENIED**. Each party shall bear its own costs in the preparation of these motions. |
| **Docket # 47**<br>**Motion Supplementing Motion to Strike Defendants' Expert Witness** | **NOTED.** |

DATE:  August 25, 2006

                                                S/ Salvador E. Casellas
                                                SALVADOR E. CASELLAS
                                                U.S. Senior District Judge